1034

[No. 4058–II.   Division Two.   November 7, 1980.]

CHARLES POLAND, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 58383, Frank E. Baker, J., entered
April 17, 1979. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Pearson, A.C.J., and Petrie, J.

[No. 7713–9–I.   Division One.   November 10, 1980.]

BARBARA A. ANDERSON, *Respondent,* v. RICHARD
X. MAGUIRE, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–00723–4, Thomas G. McCrea,
J., entered May 30, 1979. *Affirmed* by unpublished opinion
per James, J., concurred in by Callow, C.J., and Durham, J.

[No. 7939–5–I.   Division One.   November 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
SAULT, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9534, Marshall Forrest, J., entered
August 1, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Andersen, JJ.